**Order filed October 21, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00192-CV
_____

**ELAINE T. MARSHALL, INDIVIDUALLY, ELAINE T. MARSHALL AS INDEPENDENT EXECUTOR OF THE ESTATE OF E. PIERCE MARSHALL, DECEASED, ET AL, Appellants**

**V.**

**PRESTON MARSHALL, Appellee**

**&**

_____

## NO. 14-20-00714-CV
_____

**IN RE ELAINE T. MARSHALL, INDIVIDUALLY, ET AL**

**On Appeal from the Probate Court No. 4**
**Harris County, Texas**
**Trial Court Cause No. 365,053-403**

## ORDER

On September 3, 2020, this court issued an opinion dismissing this appeal. On September 25, 2020, appellants requested that this court consider its previously filed brief as a petition for writ of mandamus. That request is granted. Appellants'

original proceeding will be opened as appellate number 14-20-00714-CV. The clerk of this court is ordered to transfer the appellate record from this cause into appellate number 14-20-00714-CV.

Relators in the mandamus proceeding are ordered to pay the $155 filing fee in cause number 14-20-00714-CV within 10 days from today's date. The court further requests a response from respondent to relators' petition for writ of mandamus within ten days of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Poissant.